462 F.2d 1376
 UNITED STATES of America, Plaintiff-Appellee,
v.
Alfred Gonzales FIERRO et al., Defendants-Appellants.
 Nos. 71-2787, 71-2963 and 71-3011.
 United States Court of Appeals,
 Ninth Circuit.
 Aug. 1, 1972.
 
 On Appeal from the United States District Court for the Central District of California; David W. Williams, Judge.
 H. Jesse Arnelle (argued), Stanley A. Doten, of Morrison, Foerster, Holloway, Clinton & Clark, San Francisco, Cal., Jacque Boyle (argued), William C. Miller, Los Angeles, Cal., for defendants-appellants.
 Stanley I. Greenberg, Asst. U. S. Atty. (argued), Eric A. Nobles, Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., for plaintiff-appellee.
 Before CHAMBERS, JERTBERG and MERRILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 In this case involving counterfeit currency we affirm the judgments of conviction.
 
 
 2
 We find no error.